# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

**Debtor Name:** Omar Fisher
**Case No:**
**Business Name:** Ride sharing and food Delivery
**For the Month & Year (1/08, etc.):** May 2019

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service $ 0
(2) Other (Specify) $ 2325
(3) Other (Specify) $
(4) Total Actual Income (1+2+3) $

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease $
(6) Utilities (Electricity, Gas, Water&Sewer) $ 80
(7) Telephone $ 79
(8) Insurance (car) $
(9) Wages for Employees $
(10) Wages for Self/Owner(s) $
(11) Taxes $
(12) Gas and Fuel for Business Vehicles $
(13) Other (Specify) $
(14) Other (Specify) $
(15) Other (Specify) $
(16) Total Actual Business Expenses Paid O $
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $
(18) Net Wages From Regular Employment-Del $
(19) Net Wages From Regular Employment-Spc $
(20) Amount Carried Over From Last Month $
(21) Total Net Monthly Income (sum of 17 thr $

**PERSONAL**
(22) Rent/Mortgage $
(23) Utilities (gas, electric, water, sewer, fuel) $ 63
(24) Telephone $
(25) Food $ 400
(26) Transportation (fuel, tolls, parking) $ 373
(27) Other (specify) $
(28) Other (specify) $
(29) Other (specify) $
(30) Other (specify) $
(31) Other (specify) $
(32) Total Actual Personal Expenses Paid (22 $

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32) $ 1326
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $
(35) Net Excess Income (line 33 - line 34) $
carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

**Debtor Name:** Omar Fisher
**Case No:** _____
**Business Name:** Ride Sharing and Food delivery
**For the Month & Year (1/05, etc.):** June 2019

### BUSINESS INCOME:
(1) Actual Income from Sales & Service $ ~~2350~~ 675  0
(2) Other (Specify) Rental Income  $ 2350
(3) Other (Specify) $ _____
(4) Total Actual Income (1+2+3) $ _____

### ACTUAL BUSINESS EXPENSE PAID
(5) Rent/Lease $ _____
(6) Utilities (Electricity, Gas, Water&Sewer) $ 84
(7) Telephone $ 79
(8) Insurance (car) $ _____
(9) Wages for Employees $ _____
(10) Wages for Self/Owner(s) $ _____
(11) Taxes $ _____
(12) Gas and Fuel for Business Vehicles $ _____
(13) Other (Specify) $ _____
(14) Other (Specify) $ _____
(15) Other (Specify) $ _____
(16) Total Actual Business Expenses Paid Ot $ _____
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $ _____
(18) Net Wages From Regular Employment-Del $ _____
(19) Net Wages From Regular Employment-Spt $ _____
(20) Amount Carried Over From Last Month $ _____
(21) Total Net Monthly Income (sum of 17 thr $ _____

### PERSONAL
(22) Rent/Mortgage $ _____
(23) Utilities (gas, electric, water, sewer, fuel) $ 81
(24) Telephone $ _____
(25) Food $ 400
(26) Transportation (fuel, tolls, parking) $ 373
(27) Other (specify) $ _____
(28) Other (specify) $ _____
(29) Other (specify) $ _____
(30) Other (specify) $ _____
(31) Other (specify) $ _____
(32) Total Actual Personal Expenses Paid (22 $ _____

### NET INCOME (LOSS)
(33) Gross Excess Income (line 21 - line 32) $ 1333
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $ _____
(35) Net Excess Income (line 33 - line 34) $ _____
carry amount on line 35 to next month line 20

*EXHIBIT D*