# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-14119-AMC

OMAR Z FISHER

1543 N. BOUVIER STREET

PHILADELPHIA, PA 19121-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    OMAR Z FISHER

    1543 N. BOUVIER STREET

    PHILADELPHIA, PA 19121-

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET  STE 701
    PHILADELPHIA, PA 19102-

                                                /S/ William C. Miller

Date: 9/9/2019                                _____

                                                          William C. Miller, Esquire
                                                          Chapter 13 Standing Trustee