# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                     Chapter 13

                     Bankruptcy No. 19-14119-AMC

OMAR Z FISHER

1543 N. BOUVIER STREET

PHILADELPHIA, PA 19121-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    OMAR Z FISHER

    1543 N. BOUVIER STREET

    PHILADELPHIA, PA 19121-

**Counsel for debtor(s), by electronic notice only.**
    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET  STE 701
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                      /s/ William C. Miller

Date: 11/14/2019

                                      _____
                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee