IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| **Omar Fisher** | : | |
|     Debtor | : | BANKRUPTCY NO.: 19-14119-AMC |

**PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. SECTIONS 1325(a)(6), 1325(a)(8) AND (a)(9)**

I, Brandon Perloff, Esquire, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for March 31, 2020, in the above-referenced case:

1. The above-named Debtor will be able to make all payments under the plan and comply with the plan.

2. The above named Debtor has paid all post-petition amounts that are to be paid under any and all Domestic Support Obligations.

3. The above named Debtor has filed all applicable Federal, State and local tax returns, as required by 11 U.S.C. Section 1308.

4. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

5. If this Certification is being signed by counsel of the Debtor, counsel certifies that Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

DATED: 1/23/2020                    BY:   /s/ Brandon Perloff
                                          BRANDON PERLOFF, ESQUIRE
                                          Attorney for the Debtors