## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Omar Z. Fisher<br>　　　　　　Debtor(s) | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>　　　　　　Movant<br>　　vs.<br>Omar Z. Fisher<br>　　　　　　Debtor(s) | NO. 19-14119 AMC |
| William C. Miller Esq.<br>　　　　　　Trustee | 11 U.S.C. Sections 362 |

### **ORDER**

AND NOW, this        day of                , 2020 at Philadelphia, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1543 North Bouvier Street, Philadelphia, PA 19121 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies so as to schedule a sheriff's sale on or after June 28, 2020 and to take all actions necessary in scheduling that sale. The Automatic Stay shall be fully lifted on June 28, 2020 without further Order of this Court.

**Date: March 31, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.