**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:
Omar Z. Fisher                                                                 13
    Debtor

Bky No. 19-14119-AMC

## CERTIFICATE OF SERVICE

I, Brandon Perloff, Attorney for Debtor, hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Application of Debtor's Counsel for Compensation and Reimbursement electronically and/or first class mail and/or facsimile on March 31, 2020.

Omar Z. Fisher
1543 N. Bouvier Street
Philadelphia, PA 19121

William C. Miller, Esquire
Post Office Box 40119
Philadelphia, PA 19106
Chapter 13 Trustee

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2912

Dated:    March 31, 2020                              /s/Brandon Perloff
                                                                          Brandon Perloff
                                                                          1429 Walnut Street
                                                                          Suite 701
                                                                          Philadelphia, PA 19102
                                                                          Telephone: (267) 457-5570
                                                                          Attorney(s) for Debtor(s)