United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 19-14119-amc
Omar Z. Fisher                                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: Mar 31, 2020
                 Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2020.
db             +Omar Z. Fisher,    1543 N. Bouvier Street,    Philadelphia, PA 19121-4216
cr              ECMC,    ECMC,    P.O. BOX  16408,    ST. PAUL, MN  55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 01 2020 04:07:10     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 01 2020 04:06:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 01 2020 04:07:06     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2020 at the address(es) listed below:
      BRANDON J PERLOFF    on behalf of Debtor Omar Z. Fisher bperloff@kmfirm.com,   kmecf1429@gmail.com,
               mhazlett@kmfirm.com,KwartlerManusLLC@jubileebk.net
      KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Omar Z. Fisher<br>　　　　　Debtor(s) | CHAPTER 13 |
| NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>　　　　　Movant<br>　　vs. | NO. 19-14119 AMC |
| Omar Z. Fisher<br>　　　　　Debtor(s) | |
| William C. Miller Esq.<br>　　　　　Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this　　　day of　　　　　, 2020 at Philadelphia, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1543 North Bouvier Street, Philadelphia, PA 19121 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies so as to schedule a sheriff's sale on or after June 28, 2020 and to take all actions necessary in scheduling that sale. The Automatic Stay shall be fully lifted on June 28, 2020 without further Order of this Court.

**Date: March 31, 2020**

　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.