# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-14119-AMC

OMAR Z FISHER

1543 N. BOUVIER STREET

PHILADELPHIA, PA 19121-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    OMAR Z FISHER

    1543 N. BOUVIER STREET

    PHILADELPHIA, PA 19121-

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET  STE 701
    PHILADELPHIA, PA 19102-

Date: 4/3/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee