**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re:
**Omar Z. Fisher**                                    Chapter   13
    **Debtor**                                       Bky No.: 19-14119-AMC

## CERTIFICATE OF SERVICE OF ORDER DISMISSING

    I, Brandon Perloff, Attorney for Debtor, hereby certify that service upon all interested parties was made by sending true and correct copies of the ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCES OF ADMINISTRATIVE EXPENSES electronically, via hand delivery and/or via first class mail and/or facsimile on May 1, 2020.

                                                                                                                                               Respectfully submitted,

Date: May 1, 2020                                   s/ Brandon Perloff, Esq.
                                                                                                                                                Brandon Perloff, Esquire
                                                                                                                                                415 S. Broad Street, 2R
                                                                                                                                                Philadelphia, PA 19147
                                                                                                                                                bperloff@perlofflaw.com
                                                                                                                                                Ph: 215-287-4231
                                                                                                                                                F: 267-405-9008