```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                          Case No. 19-14119-amc
Omar Z. Fisher                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: Stacey                 Page 1 of 2       Date Rcvd: Apr 29, 2020
                              Form ID: pdf900              Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db             +Omar Z. Fisher,    1543 N. Bouvier Street,    Philadelphia, PA 19121-4216
cr              ECMC,    ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
14349397       +AES/NCFC,    Attn: Bankruptcy Dept,    PO Box 2461,    Harrisburg, PA 17105-2461
14470933        ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14349400        Envoy Mortgage LTD,    c/o Loancare, LLC,    P.O. Box 202049,    Florence, SC 29502-2049
14362781        First Associates Loan Servicing, LLC,    as agent for Fair Rideshare Servicing LL,
                 PO Box 503430,    San Diego, CA 92150-3430
14362780        Gary J. Holt,    First Associates Loan Servicing, LLC,    P.O. Box 503430,
                 San Diego, CA 92150-3430
14349403       +Janice Dianne Lee,    1543 N. Bouvier Street,    Philadelphia, PA 19121-4216
14349404       +Komlan A Nayo,    1543 N Bouvier Streeg,    Philadelphia, PA 19121-4216
14349405       +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14349406       +Loancare Servicing LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
14353542       +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    C/O KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14349409        NationStar Mortgage,    P.O. Box 60516,    City of Industry, CA 91716-0516
14349408       +Nationart Mortgage LLC D/B/A Mr. Cooper,    Attn: Bankruptcy Dept,    P.O. Box 619096,
                 Dallas, TX 75261-9096
14383536       +Nationstar Mortgage LLC dba Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14353819       +Nelnet on behalf of PHEAA,    PA Higher Education Assistance Agency,    PO Box 8147,
                 Harrisburg, PA 17105-8147
14358998       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14349413       +Philadelphia Gas Works,    1137 Chestnut St.,    Philadlephia, PA 19107-3619
14349414       +Richard Geiman,    1543 N. Bouvier Street,    Philadelphia, PA 19121-4216
14349415      #+Robert Nam,    1543 N. Bouvier Street,    Philadelphia, PA 19121-4216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 30 2020 03:19:39     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 30 2020 03:19:33     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14349398        E-mail/Text: megan.harper@phila.gov Apr 30 2020 03:19:40     City of Philadelphia,
                 Municipal Services Building,    1401 John F. Kennedy Blvd, 5th Floor,
                 Philadelphia, PA 19102-1595
14349399       +E-mail/Text: DSLBKYPRO@discover.com Apr 30 2020 03:19:33     Discover Student Loans,
                 Attn: Bankruptcy,    PO Box 30948,    Salt Lake City, UT 84130-0948
14351904       +E-mail/Text: DSLBKYPRO@discover.com Apr 30 2020 03:19:33     Discover Student Loans,
                 PO Box 30925,    Salt Lake City, UT 84130-0925
14349401        E-mail/Text: bknotices@fair.com Apr 30 2020 03:18:55     Fair Titling Trust,   P.O. Box 20367,
                 Phoenix, AZ 85036
14349402       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 30 2020 03:19:03     Internal Revenue Service,
                 600 Arch Street,    Philadelphia, PA 19106-1695
14355747       +E-mail/Text: DOREBN@DOR.STATE.MA.US Apr 30 2020 03:18:54
                 Massachusetts Department of Revenue,    Bankruptcy Unit,    P.O. Box 9564,
                 Boston, MA 02114-9564
14349407       +E-mail/Text: DOREBN@DOR.STATE.MA.US Apr 30 2020 03:18:55
                 Massachusetts Department of Revenue.,    100 Cambridge Street,    Boston, MA 02114-2582
14349410       +E-mail/PDF: pa_dc_claims@navient.com Apr 30 2020 03:30:04     Navient,   Attn: Bankruptcy,
                 PO Box 9000,    Wiles-Barr, PA 18773-9000
14384504        E-mail/PDF: pa_dc_claims@navient.com Apr 30 2020 03:29:01     Navient Solutions, LLC,
                 PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14349411       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 30 2020 03:19:05       PECO,   2301 Market St,
                 Philadelphia, PA 19103-1380
14361963        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 30 2020 03:19:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14349412       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 30 2020 03:19:16     Pennsylvania Dept of Revenue,
                 P.O. Box 280946,    Harrisburg, PA 17128-0946
14393781       +E-mail/Text: megan.harper@phila.gov Apr 30 2020 03:19:39     Water Revenue Bureau,
                 c/o Pamela Elchert Thurmond,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2           User: Stacey              Page 2 of 2              Date Rcvd: Apr 29, 2020
                               Form ID: pdf900           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
```
          BRANDON J PERLOFF    on behalf of Debtor Omar Z. Fisher bperloff@perlofflaw.com,
           kmecf1429@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
Omar Z Fisher :
    Debtor : Bankruptcy No. 19-14119-AMC

### ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Brandon Perloff, Esquire., counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on April 28, 2020, IT IS ORDERED THAT:

1. The case is dismissed without prejudice.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on ___May 19 2020___, at ___11 am___ in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before ___5/6/20___.

Date: 4/29/20

Honorable Ashely M. Chan
United States Bankruptcy Judge