**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:
Omar Z. Fisher                                                                    13
    Debtor.

Bky No. 19-14119-AMC

## ORDER

    **AND NOW,** this _____ day of _____ 2020, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $5,000.00 less $1,417.00 already paid with a remaining balance of **$3,583.00** are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(a)(4)(B).

BY THE COURT:

_____
Hon. Ashely M. Chan
**U.S. BANKRUPTCY JUDGE**

**Date: May 19, 2020**